UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LEONARD GUGICK,

              Plaintiff,                       11 CIVIL 6294 (CS)

     -against-                              **JUDGMENT**

MELVILLE CAPITAL, LLC, ROBERT STARK,
THOMAS B. STRICKLAND
              Defendants.
------------------------------------------------------------X

       Whereas the Plaintiff and Defendants having moved for summary and the matter having come before the Honorable Cathy Seibel, United States District Judge, and the Court thereafter, on January 31, 2014, having handed down its Opinion and Order (Doc.#85) granting Defendants' Motion for summary judgment and denying the Plaintiff's Cross-Motion, it is,

       **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order, dated January 31, 2014, judgment is entered in favor of the Defendant; accordingly, the case is closed.

**Dated:** White Plains, New York
        January 31, 2014

                                                                  RUBY J. KRAJICK
                                                                  **Clerk of Court**